UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

           Plaintiff(s),           Case No.

v.

           Defendant(s).
_____/

**CORRECTED DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to                                                 _____
                                                                            (Party Name)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?    Yes    No

2. Does party have any parent corporations?    Yes    No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?    Yes    No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?    Yes    No
   If yes, identify entity and nature of interest:

Date: _____       _____
                                                                             (Signature)

## **PROOF OF SERVICE**

       The undersigned hereby certifies that on December 12, 2023, the foregoing **Defendants' Statement of Disclosure of Corporate Affiliations and Financial Interest** and this **Proof of Service** were filed and served to the U.S. District Court for the Western District of Michigan and all parties herein via the Court's PACER e-filing system. The above statement is true to the best of my knowledge and belief.

Dated: December 12, 2023                By: */s/ Emily Hummel*
                                                 EMILY HUMMEL