**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

| | |
|---|---|
| GAGE WAXLER,<br>an individual<br><br>                    Plaintiff,<br><br>v.<br><br>ALL GREEN TRANSPORT, LLC,<br>a Michigan limited liability company,<br><br>and<br><br>CHARLES E. FISHER,<br>an individual<br><br>                    Defendants. | Civil Action No.: 1:23-cv-897<br>Hon. Jane M. Beckering |

## CONSENT ORDER OF JUDGMENT

The parties having agreed to entry of judgment in favor of Plaintiff, Gage Waxler, pursuant to the terms of the parties' settlement agreement, effective January 30, 2025 (the "Settlement Agreement"); and this Court being otherwise advised in the premises:

**IT IS HEREBY ORDERED** that judgment may be entered in favor of Plaintiff, Gage Waxler, in the amount of SEVENTY-TWO THOUSAND AND 00/100 DOLLARS ($72,000.00) minus any payments received pursuant to the Settlement Agreement is hereby entered;

**IT IS FURTHER ORDERED** that Defendants, All Green Transport, LLC and Charles E. Fisher, shall pay to Plaintiff the judgment amount of SEVENTY-TWO THOUSAND AND 00/100 DOLLARS ($72,000.00) with periodic payments as set forth

1

in the parties' Settlement Agreement.  If any payment is missed by Defendants, the Defendants waive any notice requirement and Plaintiff may file this Consent Order of Judgment;

**IT IS FURTHER ORDERED** that Plaintiff will file a Satisfaction of Judgment within fourteen (14) days after full receipt of payment for the total amount of SEVENTY-TWO THOUSAND AND 00/100 DOLLARS ($72,000.00);

**IT IS SO ORDERED.**

This is a final order that disposes of the last pending claim and closes the case.

Date: ___May 2, 2025_____          ___/s/ Jane M. Beckering_____
                                     JANE M. BECKERING
                                     United States District Judge